# United States Bankruptcy Court
## District of Connecticut



Filed and Entered
On Docket
August 23, 2019

In re:
    Jerome A. Cariaso
    Debtor*

Case Number: 17–31736 amn
Chapter: 13

### ORDER GRANTING TRUSTEE'S MOTION TO DISMISS CHAPTER 13 CASE

    Roberta Napolitano (the "Movant"), filed a Motion to Dismiss the Case pursuant to 11 U.S.C. § 1307(c) (the "Motion", ECF No. 27). After notice and a hearing, *see* 11 U.S.C. § 102(1); it is hereby

    **ORDERED:**  The Debtor's Chapter 13 Case is **DISMISSED** WITHOUT PREJUDICE ; and it is further

    **ORDERED:**  The Chapter 13 Trustee is directed to submit a Final Report and Account within (150) one hundred fifty days from the date of this Order; and it is further

    **ORDERED:**  The Court shall retain jurisdiction for the consideration of any fee applications.

Dated: August 23, 2019

BY THE COURT

*Ann M. Nevins*
United States Bankruptcy Judge
District of Connecticut

United States Bankruptcy Court
District of Connecticut
157 Church Street, 18th Floor
New Haven, CT 06510

Tel. (203) 773–2009
VCIS* (866) 222–8029
* Voice Case Information System
http://www.ctb.uscourts.gov
Form 113 –

*For the purposes of this order, "Debtor" means "Debtors" where applicable.